**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DUN PING ZHANG,

                    Petitioner,                25 **CIVIL** 10418 (JPO)

      -against-                         **JUDGMENT**

PAMELA BONDI, et al.,

                   Respondents.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Order dated January 7, 2026, Respondents are hereby

ORDERED to immediately release Zhang from custody and to certify compliance with this order

by filing an entry on the docket no later than 12:00 p.m. on January 8, 2026.

**DATED:**  New York, New York
          January 9, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                 **Clerk of Court**

                 **BY:**        _____
                                **Deputy Clerk**